**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7028**

_____

DARREL R. FISHER,

　　　　　Petitioner - Appellant,

　　　v.

UNNAMED RESPONDENT,

　　　　　Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-hc-02154-FL-RJ)

_____

Submitted:  September 30, 2024　　　　　　　　Decided:  October 23, 2024

_____

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Darrel R. Fisher, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel R. Fisher, a civilly committed federal detainee, appeals the district court's order dismissing his civil action for failure to comply with a court order and failure to prosecute.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fisher v. Unnamed Respondent*, No. 5:23-hc-02154-FL-RJ (E.D.N.C. Aug. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final order because the court dismissed the action without granting leave to amend. *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).